IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**   CRIMINAL NO. 13-CR-30215-DRH

**JOHNATHON M. HITCH,**

**Defendant.**

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On June 26, 2014, this court entered a judgment against defendant Johnathon M. Hitch for the following property which had been seized from the defendant:

**One Hewlett Packard desktop computer, bearing serial number MXU9490529.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 18 U.S.C. § 2253.

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning July 16, 2014, and ending August 14, 2014, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 18 U.S.C. § 2253, that no

third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the judgment filed on June 26, 2014, namely:

**One Hewlett Packard desktop computer, bearing serial number MXU9490529.**

The United States Secret Service or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the United States Secret Service or the United States Marshal.

**DATE: November 10, 2014**

Digitally signed by David R. Herndon
Date: 2014.11.10 15:51:00 -06'00'

_____
**DAVID R. HERNDON**
**United States District Court Judge**